UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

CHRIS DARRELL SAGE,

    Petitioner,

v.

DEWAYNE HENDRIX, Warden, FCI Sheridan,

    Respondent.

Case No. 3:22-cv-00778-CL

ORDER OF DISMISSAL

CLARKE, Magistrate Judge.

    The Court GRANTS Petitioner's Unopposed Motion to Voluntarily Dismiss (ECF No. 32) filed on September 20, 2024, and ORDERS that this action is DISMISSED without prejudice.

    IT IS SO ORDERED.

    DATED this 23 day of September, 2024.

                              MARK D. CLARKE
                              United States Magistrate Judge

1 - ORDER OF DISMISSAL